UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GMH VENTURES, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>UPPER PITTSGROVE TOWNSHIP et al.,<br><br>        Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 14-6052<br>(JEI/AMD)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DEFAULT JUDGMENT**<br><br>**(Docket #12)** |

**APPEARANCES:**

POST, POLAK, GOODSELL, MACNEIL & STRAUCHLER, P.A.
By:  Steven C. Rother, Esq.
425 Eagle Rock Avenue
Roseland, New Jersey 07068
        Counsel for Plaintiff


**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Plaintiff's Motion for Default Judgment (Docket #4), and it appearing that:

    (1)  On November 12, 2014, the Court granted Plaintiff's unopposed Motion for Preliminary Injunctive Relief.

    (2)  On November 14, 2014, upon Plaintiff's request, the Clerk of Court entered default against Defendants pursuant to Fed. R. Civ. P. 55(a)(1).

(3)  To date, Defendants have not entered an appearance, filed an answer, or otherwise attempted to defend this suit. Opposition to the instant Motion was due December 1, 2014.  And for good cause shown,

**IT IS** on this 3rd day of December, 2014,

**ORDERED THAT:**

(1)  Plaintiff's Motion for Default Judgment (Docket #12) is hereby **GRANTED**:  final judgment is hereby entered in favor of Plaintiff and against Defendants making permanent the previous Preliminary Injunction issued by the Court;

(2)  Plaintiff shall serve a copy of this Order and Judgment upon Defendants within seven days of the date of this Order;

(3)  The Clerk of Court is hereby directed to **CLOSE THIS FILE.**

  s/ Joseph E. Irenas

**Joseph E. Irenas, S.U.S.D.J.**